IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSH SCHIPFERLING,

    Plaintiff,

    v.                             Case No. 19-cv-1002-JDP

ANDREW SAUL,
Commissioner of
Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will proceed through the sequential disability evaluation process as appropriate and issue a new decision. Additionally, the ALJ will reevaluate the opinion evidence of record; if warranted, obtain evidence from a medical expert, preferably a neurologist, to clarify the nature, severity, and limiting effects of the claimant's impairments; further evaluate the claimant's alleged symptoms; reassess the claimant's maximum residual functional capacity; if warranted

by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy; and offer the claimant the opportunity for a hearing, address the additional evidence submitted to the Appeals Council, take any further action needed to complete the administrative record, and issue a new decision.

SO ORDERED this 10TH day of JUNE, 2020.

~~Honorable Peter A. Oppeneer.~~
~~United States Magistrate Judge~~

JAMES D. PETERSON
US DISTRICT JUDGE